IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| METALTECH – USA, L.L.C., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.: |
| vs. | § § | 2:15-CV-02285-LDW-SIL |
| NY RENAISSANCE CORP. and DAN PIRVULESCU, | § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and the between the Parties, through their undersigned counsel, that no party hereto is an infant or incompetent, that all matters in controversy between them have been settled, and pursuant to FRCP Rule 41 all claims and causes of action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: Rochester, New York
December 1, 2016

s/Kevin F. Peartree
Kevin F. Peartree, Esq.
ERNSTROM & DRESTE, LLP
925 Clinton Square
Rochester, New York 14604
Telephone:(585) 473-3100
Fax: (585) 473-3113
kpeartree@ed-llp.com

Attorneys for Plaintiff

s/Gerald Schiano-Strain
Gerald Schiano-Strain, Esq.
KANE KESSLER, PC
1350 Avenue of the Americas
New York, New York 10019-4896
Telephone:(212) 541-6222
Fax: (212) 245-3009
gstrain@kanekessler.com

Attorneys for Defendant
New York Renaissance Corp.

s/ Stephen J. Gillespie
Stephen J. Gillespie, Esq.
WESTERMANN SHEEHY KEENAN
SAMAAN & AYDELOTT, LLP
The Omni Building
333 Earle Ovington Boulevard, Suite 702
Uniondale, New York 11553
(516) 794-7500
StephenGillespie@westerlaw.com

Attorneys for Defendant Dan Pirvulescu

SO ORDERED

s/ Leonard D. Wexler
U.S.D.J.

CENTRAL ISLIP, NY
12/6/16